# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **8:25-cr-00246-FWS**     Date: **12/15/2025**

Present: The Honorable: **Douglas F. McCormick, United States Magistrate Judge**

Interpreter _____     Language _____

| Nancy Boehme | CS 12/15/2025 | Mark Takla |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present   **In Custody**         Attorneys for Defendants:   ✓ Present   **DFPD**

Oscar Ernesto Zamorano Moreno                               Adithya Mani

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel   Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information Class A.
* Court finds that the defendant is able to understand and comprehend the proceeding taking place.
* Court finds that the defendant does not have any physical or mental condition that may impair his/her ability to participate in or otherwise understand the proceeding.
* Court finds that the defendant has not taken any medication, drugs, alcohol, or other substance that may impair his/her ability to participate in or otherwise understand the proceeding.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Information Class A, and defendant waives reading thereof.
* Court acknowledges waiver of a detailed reading of the Information Class A and ascertains that the defendant understands the nature of the charges and the possible penalties.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Fred W. Slaughter.
* It is ordered that the following date(s) and time(s) are set:
  Jury Trial: 1/27/2026 8:00 AM;
  Pre-Trial Conference: 1/15/2026 1:30 PM
* Government counsel provides trial estimate of 2 days.

cc: PSALA   PSAED   PSASA
    USMLA   USMED   USMSA
    Statistics Clerk     Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: _____ : _____
Arraignment: _____ :04
Initials of Deputy Clerk: nb

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 8:25-cr-00246-FWS                                                  Date: 12/15/2025

Present: The Honorable: Douglas F. McCormick

Interpreter                                                          Language

Nancy Boehme                     CS 12/15/2025                    Gregory W. Staples
*Deputy Clerk*                *Court Reporter / Recorder*         *Assistant U.S. Attorney*

U.S.A. v. Defendant(s)   ✓ Present  In Custody        Attorneys for Defendants:   Present  AFPD

Oscar Ernesto Zamorano Moreno                         Adithya Mani

**Proceedings: Arraignment of Defendant and/or**    **Assignment of Case**    **Appointment of Counsel**
                                                     **Initial Appearance**

\* The parties are referred to Judge Slaughter's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov.

Judge Slaughter is located in 10D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA      PSAED      PSASA         Initial Appearance/Appointment of Counsel: _____:_____
     USMLA      USMED      USMSA                                       Arrangement: _____:04
     Statistics Clerk      Interpreter
     CJA Supervising Attorney   Fiscal          Initials of Deputy Clerk: nb

CR-11A                          Criminal Minutes – Arraignment                           Page 2